**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

United States Gypsum Company
Plaintiff,
v.
Case No.: 1:25−cv−01728
Honorable Jeffrey I Cummings
Dependable, LLC
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2025:

MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's motion to consolidate this matter with Case No. 22−cv−268 [16] is granted. The Court requests that the Clerk of Court consolidate this case with Case No 22−cv−268 for all purposes and administratively close this case. All future filings shall be made in Case No. 22−cv−268. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.